147 A.3d 444

WADIS PHILLIPS, APPELLANT-PETITIONER, v. NEW JERSEY STATE PAROLE BOARD, RESPONDENT-RESPONDENT.

FILED July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000922-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.